**Order entered July 2, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01407-CR
No. 05-13-01408-CR

**ROBERT JOSEPH MANGIAFICO, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 380-80747-2011, 380-80749-2011**

## ORDER

The Court **REINSTATES** the appeals.

On May 21, 2014, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent; (3) the trial court appointed Mary Scanlon to represent appellant on September 20, 2013; (4) Ms. Scanlon informed the trial court that due to family illness, she did not believe she could adequately fulfill her responsibilities as appellant's attorney at this time; (5) the trial court granted Ms. Scanlon's motion to withdraw and appointed John Schomburger as appellant's new attorney; and (6) the trial court recommended that Mr. Schomburger be given until August 15, 2014 to file appellant's brief.

We **DIRECT** the Clerk to substitute John Schomburger as appellant's appointed attorney of record in place of Mary Scanlon.

We **ORDER** appellant to file his brief by **AUGUST 15, 2014**.

/s/      DAVID EVANS
           JUSTICE